No. 81–632.   MORETTO *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 81–636.   READ *v.* HELMS, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION.   C. A. D. C. Cir.   Certiorari denied.

No. 81–661.   SHERER *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 81–663.   DENNIS *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 81–671.   LEWIS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 81–687.   SWAREK *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 81–690.   CERRELLA *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 81–698.   CURCIO *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 81–5002.   ALLEN *v.* NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.

No. 81–5287.   JACKSON *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 81–5288.   DURLING ET AL. *v.* O'BRIEN ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 81–5402.   HUGHES *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 81–5403.   LITTERELL *v.* OKLAHOMA ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 81–5409.   BARRETT *v.* NORTH CAROLINA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.